IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WMS GAMING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JASON GILMORE; ATRONIC AMERICAS, LLC., <br><br> Defendant. | No. CV05-1312-PHX-NVW <br><br> **ORDER** |

The Court has been presented with Plaintiff's Verified Complaint, Memorandum in Support of Application re: Temporary Restraining Order and Preliminary Injunction, and proposed forms of Temporary Restraining Order and Order Setting Hearing for Preliminary Injunction.

Though the papers read as a whole seek an immediate Temporary Restraining Order, no showing has been made as required under Fed.R.Civ.P. 65(b)(1) and (2) as to why such relief should be entered without notice or opportunity for Defendants to be heard. Therefore, the court will not consider the Application for Temporary Restraining Order without notice to Defendants.

1     The Court will not set a hearing on the Application for Preliminary Injunction on an
ex parte basis without a showing of cause why Defendants should not be allowed to be heard
as to the time for scheduling of the hearing.

    IT IS THEREFORE ORDERED setting a hearing on the Application for Temporary Restraining Order for May 9, 2005, at 9:30 a.m.

    IT IS FURTHER ORDERED that Plaintiff shall cause all papers filed in this cause and a copy of this Order to be delivered, by service of process or otherwise, on both Defendants by 5:00 p.m. on May 4, 2005.

    DATED this 3rd day of May, 2005.

*(signature)*
Neil V. Wake
United States District Judge