FILED ___ LODGED
RECEIVED ___ COPY

MAY 1 0 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WMS Gaming, Inc., | ) No. CV 05-1312-PHX-NVW |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Jason Gilmore; Atronic Americas LLC, | ) |
| Defendants. | ) |

    The court has considered Plaintiff's Motion for Temporary Restraining Order (doc. #2.) All parties presented evidence at a hearing on May 9, 2005. After considering the evidence and the parties' briefs, the court will grant a temporary restraining order as to the covenant not to compete only.

    Defendants' only defense to the non-compete agreement is that the covenant is invalid. On the evidence presented it is probable that both the temporal and geographic scope of the covenant are valid.

- 2 -

IT IS THEREFORE ORDERED that Plaintiff shall lodge a new form of temporary restraining order in compliance with Fed. R. Civ. P. 65 that provides for enforcement of the covenant not to compete only.

IT IS FURTHER ORDERED that Plaintiff shall give security in the amount of $75,000 pursuant to Fed. R. Civ. P. 65(c).

DATED this 9th day of May, 2005.

_____
Neil V. Wake
United States District Judge