FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 26 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ KCS _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WMS Gaming, Inc., <br><br>  Plaintiff, <br><br> vs. <br><br> Jason Gilmore; Atronic Americas LLC, <br><br>  Defendants. | No. CV 05-1312 PHX NVW <br><br> **TEMPORARY RESTRAINING ORDER** |

The court has considered the allegations of WMS Gaming Inc.'s ("WMS") Complaint, the Application for Temporary Restraining Order (doc. #2), the memorandum filed in support thereof (doc. #5), and the arguments of counsel and evidence presented at the hearing on the Application for Temporary Restraining Order and now finds as follows:

1. It is probable that both the temporal and geographic scope of the covenant not to compete provisions in the Option Agreement between Jason Gilmore ("GILMORE") and WMS are valid;

2. If the relief requested relating to the covenant not to compete provisions were not granted, WMS would likely suffer irreparable injury;

3. WMS has no adequate remedy at law if it is determined GILMORE violated the covenant not to compete provisions;

23

- 2 -

    4.    Public policy weighs in favor of the issuance of this order; and

    5.    There is a likelihood of success on the merits of the claims filed by WMS relating to the Option Agreement.

IT IS THEREFORE ORDERED THAT:

    A.    GILMORE is temporarily restrained from working for ATRONIC or ATRONIC'S parent, subsidiaries, or affiliates in the United States involved in the design, manufacture, or sale of gaming equipment in competition with WMS; and

    B.    ATRONIC is enjoined from employing GILMORE in the United States in the design, manufacture, or sale of gaming equipment in competition with WMS.

IT IS FURTHER ORDERED that this Temporary Restraining Order shall be in force and effect until such time as the court hears argument and rules on WMS' Application for Preliminary Injunction.

DATED this 25th day of May, 2005.

_____
Neil V. Wake
United States District Judge