```
         FILED ____ LODGED
____ RECEIVED ____ COPY

         JUN 2 8 2005

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____KCS_____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WMS GAMING INC., | Case No. CV05-1312-PHX-NVW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JASON GILMORE; ATRONIC AMERICAS, LLC, | |
| Defendants. | |

    Based upon the Stipulation for Dismissal with Prejudice, and good cause appearing therefor:

    IT IS HEREBY ORDERED that Jason Gilmore is dismissed, **with prejudice,** regarding the following causes of action:

    Count I -- Breach of Contract (as it relates to the Option Agreement between WMS and Gilmore);

    Count III -- Breach of the Implied Covenant of Good Faith and Fair Dealing (as it relates to the Option Agreement between WMS and Gilmore);

    Count IV -- Unfair Competition;

    Count V -- Conversion;

    Count VI -- Unjust Enrichment;

    Count VIII -- Trademark Infringement Under The Landham Act;

    Count IX -- Unfair Competition Under The Landham Act;



Count X -- Copyright Infringement; and

Count XI -- Unfair Competition and Trademark Infringement Under Common Law.

IT IS HEREBY ORDERED that Jason Gilmore is dismissed, **without prejudice**, regarding the following causes of action:

Count I -- Breach of Contract (as it relates to the Inventions, Intellectual Material and Confidentiality Agreement between WMS and Gilmore);

Count II -- Misappropriation of Trade Secret Under Illinois Trade Secrets Act and Illinois Common Law; and

Count III -- Breach of the Implied Covenant of Good Faith and Fair Dealing (as it relates to the Inventions, Intellectual Material and Confidentiality Agreement between the parties).

IT IS HEREBY ORDERED that each of the parties will bear their own attorneys' fees and costs.

DATED this 27th day of June, 2005.

/s/ Neil V. Wake
THE HONORABLE NEIL V. WAKE
UNITED STATES DISTRICT COURT JUDGE