Joshua R. Woodard (#015592)
Christy L. Jensen (#022518)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Attorneys for Plaintiff WMS Gaming Inc.

D. Kim Lough (#005910)
James L. Ugalde (#022733)
JENNINGS, HAUG & CUNNINGHAM, LLP
2800 North Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Telephone: (602) 234-7800
Facsimile: (602) 277-5595
Attorneys for Defendant Atronic Americas, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

WMS GAMING INC.,

Plaintiff,

v.

JASON GILMORE;
ATRONIC AMERICAS, LLC,

Defendants.

Case No. CV05-1312-PHX-NVW

**JOINT NOTICE OF SETTLEMENT**

Plaintiff WMS Gaming Inc. and defendant Atronic Americas, LLC hereby provide notice that this matter has settled. It is the parties' understanding that the Court's Rule 16 Conference scheduled for Friday, October 7, 2005 will be vacated.

RESPECTFULLY SUBMITTED this 6th day of October, 2005.

SNELL & WILMER L.L.P.

By s/ Joshua R. Woodard
Joshua R. Woodard
Christy L. Jensen
One Arizona Center
Phoenix, Arizona 85004
Attorneys for Plaintiff, WMS Gaming Inc.

JENNINGS, HAUG & CUNNINGHAM, LLP

By s/ D. Kim Lough
D. Kim Lough
James L. Ugalde
2800 North Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Attorneys for Defendant Atronic Americas, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

D. Kim Lough
James L. Ugalde
JENNINGS, HAUG & CUNNINGHAM, LLP
2800 North Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
dkl@jhc-law.com
jlu@jhc-law.com
Attorneys for Defendant Atronic Americas, LLC

Kevin Morrison
MORRISON & SEITER
228 Hamilton Avenue, Suite 314
Palo Alto, CA 94301
kevinmorrison@morrisonandseiter.com
Attorneys for Defendant Jason Gilmore

s/ Joshua R. Woodard

1736453